■ In the Matter of the Guardianship of MARIANNE SCHMID, an Infant. LUDWIG SCHIFFER, Appellant; OSBORNE A. McKEGNEY, as Special Guardian of MARIANNE SCHMID, an Infant, Respondent.— Decree unanimously modified, on the law, on the facts and in the exercise of discretion, to allow the sum of $600 legal fees, plus $39.10 disbursements, and, as so modified, affirmed, with $20

costs and disbursements to all parties filing briefs payable out of the estate. Settle order. Concur — Botein, P. J., Breitel, Valente, Stevens and Bergan, JJ.